THE STATE, Respondent, vs. GUENTHER and others, Appellants.

[Second case.]

*April 16 — May 1, 1894.*

APPEAL from the Circuit Court for *Dane* County.

For the appellants there was a brief by *Thompsons, Harshaw & Davidson*, and oral argument by *A. E. Thompson*.

*The Attorney General*, for the respondent.

NEWMAN, J. The question in this case is the same as that in the preceding case, *ante*, p. 673. The judgment must be affirmed for the reason given in that case.

*By the Court.*— The judgment of the circuit court is affirmed.

PINNEY, J., took no part.